UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|       v. | )    No. 4:07-CV-941-DDN |
| | ) |
| ALAN BLAKE, | ) |
| | ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 29th day of June, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE